IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORI MAY BARZYK** | : | CIVIL ACTION NO. 1:14-CV-2017 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **ED MARSICO, et al.** | : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the court in the captioned action is a December 18, 2014 report and recommendation of the magistrate judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) Plaintiff's amended complaint is **DISMISSED WITH PREJUDICE**.

3) The Clerk of Court is directed to **CLOSE** the case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania

Dated: January 8, 2015